IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DELORES J. BURCHAM                                              PLAINTIFF

v.                         Case No. 2:18-CV-2052

NANCY A. BERRYHILL,
Acting Commissioner,
Social Security Administration                            DEFENDANT

## ORDER

The Court has received proposed findings and recommendations (Doc. 12) from Chief United States Magistrate Judge Erin L. Wiedemann. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects in their entirety. Judgment will be entered accordingly.

**IT IS SO ORDERED** this 25th day of March, 2019.

/s/ P. K. Holmes, III
P. K. HOLMES, III
U.S. DISTRICT JUDGE